**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Adam Strauss | § | |
| v. | § | Case No. 4:22-cv-4079 |
| NewRez LLC | § | |

## <u>JOINT SETTLEMENT NOTICE</u>

Plaintiff Adam Strauss and defendant NewRez LLC dba Shellpoint Mortgage Servicing file this notice to advise the court the parties have settled their dispute.  The settlement resolves all claims Mr. Strauss asserted against Shellpoint.   The parties are preparing a formal, written settlement agreement and Shellpoint intends to file notice of stipulation of dismissal with prejudice within thirty (30) days from the date of this notice.  The parties will bear their own attorneys' fees, costs, and expenses.

Date: January 3, 2023

Respectfully submitted,

*s/ C. Charles Townsend*

C. Charles Townsend
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
  *--Attorney in Charge*
Taylor D. Hennington
SBN: 24116508, FBN: 3597797
taylor.hennington@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339

**ATTORNEYS FOR DEFENDANT
SHELLPOINT MORTGAGE
SERVICING**

*s/ Erick DeLaRue – with permission*

ERICK DELARUE
Law Office of Erick DeLaRue, PLLC
Texas Bar No: 24103505
2800 Post Oak Boulevard, Suite 4100
Houston, TX 77056
Telephone: 713-899-6727
Email: erick.delarue@delaruelaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify I served this document on January 3, 2023 as follows:

<u>Vɪᴀ ECF</u>
Erick DeLaRue
The Law Office of Erick DeLaRue, PLLC
2800 Post Oak Blvd., Suite 4100
Houston, Texas 77056
*Plaintiff's counsel*

<u>    *s/ Taylor D. Hennington*            </u>
Taylor D. Hennington