UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Adam Strauss, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 4:22–cv–04079 |
| | § | |
| NewRez LLC dba Shellpoint Mortgage Servicing, | § | |
| | § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **February 6, 2023** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 4th of January 2023.

_____
George C. Hanks, Jr.
United States District Judge